BERNARD C. WITT, Respondent, v. NEW YORK CITY OMNIBUS CORPORATION, Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of

the credible evidence. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.; Dore and Callahan, JJ., dissent and vote to affirm.